UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESSICA BETZ, and
KARI MAKURAT,

        Plaintiffs,

vs.

        Case No.

STATE COLLECTION SERVICE, INC.,

        Defendant.

## CORPORATE DISCLOSURE STATEMENT
## FOR STATE COLLECTION SERVICE, INC.

The undersigned, counsel of record for Defendant, State Collection Service, Inc., in compliance with Fed. R. Civ. P. 7.1, hereby certifies that State Collection Service, Inc., a corporate non-government party, has no parent corporations or publicly held corporations that own 10% or more of its stock.

Dated this 30th day of December, 2020.

s/ Terry E. Johnson
Terry E. Johnson
Kevin M. Fetherston
von BRIESEN & ROPER, s.c.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
(414) 221-6605 Phone
(414) 249-2604 Fax
tjohnson@vonbriesen.com
kfetherston@vonbriesen.com

Attorneys for Defendant,
State Collection Service, Inc.

<u>Of Counsel</u>
Robbie Malone
Eugene Xerxes Martin, IV
MALONE AND MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, TX 75231
(214) 346-2630 Phone
(214) 346-2631 Fax
rmalone@mamlaw.com
xmartin@mamlaw.com

35749780_1.DOCX